```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


MEGAN L. EASTWOOD,

        Plaintiff,              :
                                :
V.                              :    CASE NO. 3:19CV1915(RNC)
                                :
USA,                            :
                                :
        Defendant.              :
```

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before March 1, 2021.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 1, 2021.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b). So ordered.

Dated at Hartford, Connecticut this 8th day of January 2021.

                                        /s/ RNC
                                    Robert N. Chatigny
                               United States District Judge